# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Terry W. Jones  (DOC No. 309459)
RiverBend, Dorm A Phase 2
9450 Highway 65 South
Lake Providenc LA 71254


**REHEARING ACTION: October 19, 2011**


**Docket Number: 11   00945-CA**

**TERRY W. JONES**
**VERSUS**
**WILLIAM O. "BILL" BELT, SHERIFF OF AVOYELLES PARISH, ET AL.**

**Appealed from Avoyelles Parish Case No. 2007-0329 A**


**BEFORE JUDGES:**

> **Hon. Jimmie C. Peters**
> **Hon. Marc T. Amy**
> **Hon. Billy Howard Ezell**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Terry W. Jones** has this day been

> **DENIED.**


cc: Rodney Marchive Rabalais, Counsel for the Appellee
    Randall Brian Keiser, Counsel for the Appellee
    D. Heath Trahan, Counsel for the Appellee